UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

CAROL W. MORRIS                *         CIVIL ACTION

VERSUS                         *         NO: 07-5125

AMERICAN NATIONAL PROPERTY     *         SECTION: "D"(4)
AND CASUALTY COMPANY

                          **ORDER AND REASONS**

   Before the court is the **Motion for Summary Judgment** filed by Defendant, American National Property and Casualty Company. ***No memorandum in opposition was filed.*** The motion, set for hearing on Wednesday, July 30, 2008, is before the court on Defendant's brief, without oral argument.

   Now, having considered the memorandum and summary judgment evidence submitted by Defendant's counsel, the record, and the applicable law, the court finds that there is no genuine issue of material fact and Defendant is entitled to Judgment as a matter of law. Because Plaintiff failed to submit a timely and sworn Proof of Loss (related to Hurricane Katrina flooding) and failed to submit any supporting documentation of flood related damage prior to filing this suit, Plaintiff failed to comply conditions

precedent under her SFIP and thus, no further benefits are payable under her National Flood Insurance Program (NFIP) Standard Flood Insurance Policy (SFIP).[1] *Wright v. Allstate*, 415 F.3d 384, 387-88 (5th Cir. 2005); *Gowland v. Aetna*, 143 F.3d 951, 954 (5th Cir. 1998); *Forman v. FEMA*, 138 F.3d 543, 545-46 (5th Cir. 1998).[2]

Accordingly;

**IT IS ORDERED** that the **Motion for Summary Judgment** filed by Defendant, American National Property and Casualty Company, be and is hereby **GRANTED**, dismissing all the claims asserted by Plaintiff, Carol W. Morris, against American National Property and Casualty Company.

New Orleans, Louisiana, this **30th** day of **July**, **2008**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's SFIP had building limits of $150,000 with a $500 deductible and contents limits of $75,000 with a $500 deductible. (*See* Goodnough Affidavit, Defendants' Ex. 1 at ¶ 2).

An independent adjuster inspected the subject property (located at 174A Lakeview Drive, Slidell, LA) and estimated the building loss (after deductible) at $55,704.26 and the contents loss at $7,239.75. To date, Defendant has paid a total of $62,944.01 on the building and contents claim. (*Id.* at ¶¶ 2 & 9). In this lawsuit, Plaintiff claims that additional benefits should have been disbursed to her under the NFIP.

[2] *See also* cases decided by this court: *Henly v. Allstate Ins. Co.*, 2008 WL 89970 (E.D.La. 2008)(McNamara, J.); *Marseilles Homeowners Condominium Ass'n, Inc. v. Fidelity Nat. Ins. Co.*, 2007 WL 2363141 (E.D.La. 2007) (McNamara, J.); *Newlin v. Fidelity National Property & Casualty Ins. Co.*, 2007 WL 1466819 (E.D.La. 2007) (McNamara, J.); *Airhart v. Allstate Ins. Co.*, 2007 WL 2127720 (E.D.La. 2007)(McNamara, J.).

*See also* cases cited in Defendant's Ex. D, Doc. No. 13-6.